Ursula Schanne,
Gerard H. Moore,
c/o: 16503 Reichel Road Southeast
Rainier, Washington 98576
(360) 446-2121

```
FILED _____ LODGED
       RECEIVED
    NOV 3 0 2010
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```



10-CV-05753-MISC

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON STATE (TACOMA)

| | |
|---|---|
| **Ursula Schanne,**<br>**Gerard H. Moore,**<br>**Plaintiff,**<br><br>vs.<br><br>**Nationstar Mortgage LLC**<br>**Defendant.** | CASE NO.: <u>CV-10-5753-BHS</u><br><br>**Lis Pendens**<br>**By Writ of Attachment**<br><br>As an Offer of Evidence, ER 103<br>As an Offer of Proof, ER 103(2),<br>Mandatory Judicial Notice,<br>ER 201(d)(e)(f) |

I, Ursula Schanne and Gerard H. Moore, Plaintiff, without assistance of counsel, in this original "Lis Pendens By Writ of Attachment" and hereby gives notice as an offer of Evidence under *ER 103* and an offer of proof under *ER 103(2)* by Mandatory Judicial Notice under *ER 201(d)(e)(f)* respectfully gives notice in the above captioned matter and states;

Plaintiff are competent to state to the matters included in this "Lis Pendens By Writ of Attachment", has knowledge of the facts, and hereby declares that to the best of Plaintiff's knowledge, the statements made herein are true, correct, complete, and not meant to mislead.

### Certification of "good faith" [1]

The parties identified herein, in good faith, by this offer of proof with prejudice[2], in reliance

---

[1] *As used in reference to this or any subsequent action or process relative to the issues identified individual, "good faith" means being faithful to one's duty and obligations to the Supreme Ruler of the universe and the Constitution for The State of Washington to protect and defend each from all enemies foreign and domestic*

upon the Constitution for The State of Washington[3], reserving status, office, and rights, swear the facts set forth herein are true, correct, complete and not misleading, the truth, the whole truth, and nothing but the truth.

Ursula Schanne and Gerard H. Moore, Grantee vs NATIONSTAR MORTGAGE, LLC, Grantor(s).

**Claim of Commercial Lien in the Form of a Lis Pendens Lien & Writ of Attachment**

NOTICE TO ALL PERSONS, known and unknown and all other concerned parties:

You are hereby notified that a Notice of Claim of Lis Pendens Lien in the Form of a Lis Pendens & Writ of attachment herein after referred to as a Claim of Lis Pendens, on the real property identified as: Assessor's Parcel Number 22629310606 [which is known as the property address of 16503 Reichel Road Southeast, Rainier, Washington state, [98576]. Legal Description "THAT PORTION OF TRACT J OF DESCHUTES FARM UNITS AS SHOWN ON RECORD OF SURVEY FILE UNDER VOLUME 9, PAGE 135 OF SURVEYS, AUDITOR'S FILE NO. 1060952, SITUATE IN THE SOUTHWEST QUARTER OF SECTION 29, TOWNSHIP 16 NORTH, RANGE 2 EAST, W.M., BEING LOT 6, SURVEY RECORDED ON OCTOBER 15, 1996 UNDER AUDITOR'S FILE NO. 3056932, RECORDS OF THURSTON COUNTY AUDITOR; SITUATE IN THE COUNTY OF THURSTON, STATE OF WASHINGTON". Notice is hereby given to Defendant(s) that the Plaintiff files this Notice of Lis Pendens Lien in the form of a Writ of attachment for the purpose of protecting and securing the Secured Party's superior claim interest in said property and claims that this Notice of Lis Pendens in the form of a Writ of Attachment on the real property Assessor's Parcel Number 22629310606 [which is known as the property address of 16503 Reichel Road Southeast, Rainier, Washington state, [98576] is in the Amounts tendered of Three hundred and Twenty Two thousand, and Fifty dollars.

**Cause for this action is as follows:**

Lis Pendens (Case Pending) pursuant to State Statute, Washington Session Law *1963 c. 137 §1 [RCW 4.28.325]* of The State of Washington regarding the following case filed in the IN UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON STATE (TACOMA).

The authority of the Plaintiff for suit to file this Lis Pendens Lien in the form of a Writ of Attachment is protected under the U.S. Constitution/Federal Common Law, the Supreme Law of the Land, *1:10;1 6:2:3;* Articles in Amendment *1,4,5,7,9,10 & 14. [See U.C.C. Article 9] [USC 42 1981]; 5: 301, 559, 601 Ex. Ord. No. 12612 2(b)(d)(g); [USC 28 2072 Clause 2]*

---

[2] *As used in reference to this or any subsequent action or process relative to this herein identified individuals "prejudice" means bias and discrimination, ongoing unlawful, unconstitutional or ungodly acts involving fraud, extortion ____ and gesture, or every other such deceit or presumption*

[3] *As used in referenced to this or any subsequent action or process relative to the herein identified individuals "The State of Washington" means the State of Washington of the several States of the Union.*

*State v. Simon 2 Spears 761, Taylor v Porter 4 Hill 140, 146 (1843), Reid v. Covert, 354 US 1, 1 L.Ed 2nd 1148(1957); Miranda v Ariz, 384 US 436 at 491 (1966); Eisner v McComber, 252 US 189 at 207; Bishop v US, DC Tex, 334, F. Supp 415, 418.* This Lis Pendens Lien shall be valid, any other provisions of statute or rule regarding the form or content of a "Notice of Lien" notwithstanding, nor shall it be dischargeable for 100 years, nor extinguishable due to Petitioner's death for, nor extinguishable due to Petitioner's death whether accidental or purposely, nor dischargeable by Petitioner's heirs, assigns, or executors.

**This Lien may be removed only as follows:**

1) Satisfaction of this Notice of Commercial Lien by Defendant(s) by full payment/or property is taken of monetary value, or upon final determination of the supreme court of The united States of America. Plaintiff's agents and/or assigns will file a release of Lien within **Ten (10)** days after Defendant(s) have satisfied this Lis Pendens as required under International Commercial Law [recognized by United States at its UCC.]

**Notice to Defendant(s):**

This Lis Pendens Lien shall become A Perfected Commercial Lien upon date of filing or on the final decision of a Common Law jury under the rules of Common Law pursuant to Article in Amendment 7 of the Constitution of the united States of America, as adopted at the United States Constitution, 7th Amendment. This "Claim of Lis Pendens Lien" shall be deemed as prima facia evidence of admission of "waiver" to all rights on the property: Assessor's Parcel Number 22629310606 [which is known as the property address of 16503 Reichel Road Southeast, Rainier, Washington state, [98576]. above described herein. This "Claim of Lis Pendens Lien" once perfected shall be evidence of a debt subject to enforcement.

**Caveat & Judicial Notice:**

Notice to any person, Natural, Federal, or State Administrative agent(s), Law Enforcement Officer(s), Legislator(s) or Judicial Officer(s), who attempts to modify, circumvent, and/or negate this Notice of Claim of Lis Pendens Lien in the form of a Writ of Attachment, shall be deemed outlaws and/or felons, and shall be prosecuted pursuant to the Public Law as codified at *USC 42 1985, 1986* and subject to fine and penalties under the Federal Common Law of up to $10,000.00 fine per individual and up to 10 year imprisonment pursuant to the Public Law as codified at *USC 241 & 242*. Notice is given to all parties including but not limited to all Courts of all Jurisdictions that any judicial actions which

violates the rights of individuals protected by the constitution may be sued as a cause of action in civil court litigation against those performing said acts, without any form of immunity. Federal and State officials sued in their capacities are "persons" subject to suits for damages under Public Law as codified at *USC 42 § 1983*; 11th Amendment does not bar such suits in federal court. Any official who attempts to modify or remove this Notice of Lis Pendens Lien in the Form of a Writ of Attachment is fully liable for damages at law pursuant to the MANDATORY RULING of the SUPREME COURT. SEE *[USC 42 § 2000d-7, 2000e(j); Hafer v Melo No. 90-681. P. 400](1991); Buts v Ecohomy, 98 S. Ct 2894; Bell v Hood, 327 US 678; Bivens v Unknown Agents 400 US 862; Belknap v Schild, 161 US 10; US v Lee, 196.*

**Memorandum of Law in Support of:**

Writs of attachment are but another form of Constitutional/Federal Common Law [recognized by UCC] Lien and SUPERCEDE statutory mortgages and equity loans, and may be satisfied only when paid and/or property is taken in lieu of monetary value and fully satisfied by taking of said property. *SEE: Drummond Carriage v Mills (1878)N. W. 99; Hewitt v Williams, 47 La Ann 742, 17 So 269; Carr v Dail, 19 SE 235; Mcmahn v Ludin, 58 NH 827.* **The SUPREME COURT OF THE UNITED STATES specifically FORBIDS judges from invoking Equity Jurisdiction to remove Common Law Liens or similar "clouds on title".** Further, even if a preponderance of evidence displays the lien to be void or voidable, the Equity Court(s) still may not proceed until the moving party has proven that the moving party asks for and comes "to equity" with "clean hands" based on the "clean hands doctrine" and "Power of Estoppel". *SEE: Rich v Braxton 158 US 375; Trce c Constock, 57 C.C.A 646; West v Washburn, App Div 460, 138 NY Supp 230;*

I the undersigned Secured Party Plaintiff being duly sworn on oath or affirmation that all the information and statements in this Instrument are true, correct, complete, with first hand knowledge under penalty of perjury pursuant to the organic Law of The People of Washington State. All statements made herein are made in good faith and in the interest of justice.

Subscribed and affirmed on this 30th day of November 2010.

ORIGINAL FILED

COPY of the foregoing served the 30th day of November 2010 to:

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | McCARTHY & HOLTHUS LLP |
| Anthony Barone CEO | MARY STEARNS, WSBA# 42543 |
| 350 Highland Drive | 19735 10TH Avenue NE, Suite N-200, |
| Lewisville, TX 75067 | Poulsbo, Washington 98370 |
| Certified Mail # 7008 2810 0001 5226 8215 | Certified Mail # 7008 2810 0001 5226 8178 |

*[signature]*
By Ursula Schanne
Secured Party Plaintiff

*[signature]*
By Gerard H. Moore
Secured Party Plaintiff

STATE OF WASHINGTON )
) JURAT
COUNTY OF THURSTON )

On this day, before me, **Rebecca L Newcomb**, a Notary Public in and for the state and county noted above, personally appeared Ursula Schanne and Gerard H. Moore, who proved to me on the basis of satisfactory evidence to be the ones who affirmed, attested and subscribed to the foregoing, under unlimited commercial liability, as factual, correct, complete, and not meant to mislead. Witness my hand and seal this 30th day of November 2010.

*[signature: Rebecca Newcomb]*
Notary Public
Commission Expires 3-12-2013
Address Thurston

REBECCA L. NEWCOMB
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
MARCH 12, 2013

*[signature]*
Ursula Schanne
c/o: 16503 Reichel Road Southeast
Rainier, Washington state, Not Domestic

*[signature]*
Gerard H. Moore
c/o: 16503 Reichel Road Southeast
Rainier, Washington state, Not Domestic