The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| Ursula U. Schanne and Gerard H. Moore, | Case No.: 3:10-cv-05753-BHS |
| Plaintiffs, | JOINT STATUS REPORT AND DISCOVERY PLAN |
| v. | |
| Nationstar Mortgage LLC, | |
| Defendants. | |

## JOINT STATUS REPORT AND DISCOVERY PLAN

Plaintiffs, Ursula U. Schanne and Gerard H. Moore (collectively "Plaintiffs") and

Defendant Nationstar Mortgage LLC ("Nationstar") hereby submit this Joint Status Report and

Discovery Plan in accordance with the Court's Order.

1.   Statement of the Nature and Complexity of Case.

**Plaintiffs Version:**
Plaintiffs pro se petition, essentially alleges, Nationstar has no proper claim; they
are not the lender and have no valid security interest in the real property.
Nationstar's interest in this matter, stand under culpable actions at best.

**Nationstar's Version:**
Plaintiffs pro se complaint in general terms appears to allege claims against
Nationstar and other unnamed defendants that include a general challenge to the
non judicial foreclosure process and the workings of the entire real estate loan
industry, improper monetizing of the loan, fraud related to the origination of the
loan, failure to comply with the Truth In Lending Act, Conversion, and Quiet

Joint Status Conference
3:10-cv-05753-BHS
Page 1
MH #WA 10-9330

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

Title. Additionally, Plaintiffs raise allegations of fraudulent security, predatory lending tactics and conspiracy.

2.      Results of FRCP 26(f) conference.

All parties agreed to a proposed discovery plan.

3.      Deadline for Joining Additional Parties.

Plaintiffs believe that all parties necessary to litigate this action have been named. However, Plaintiffs reserve the right to join additional parties as discovery proceeds.

4.      Statement of ADR.

All parties agree that no ADR method will be used for this case.

5.      When ADR Should Take Place.

Not applicable.

6.      Proposed Discovery Plan.

**Plaintiffs**:

A.      The FRCP 26(f) Conference took place between the parties on June 16, 2011. The parties will exchange Initial Disclosures in accordance with the Federal Rules within 14 days after the Rule 26 (f) conference or June 30, 2011.

B.      The subjects on which discovery may be needed and whether discovery should be conducted in phases or be limited to or focused upon particular issues:

Plaintiffs stood under the following at FRCP 26(f) Conference: jurisdiction/standing, conducted in phases, unlimited issues.

Plaintiffs intend to conduct discovery on the following issues:
The claims in Plaintiff's petition.

C.      What changes should be made in the limitations on discovery imposed under the Federal and Local Civil Rules, and what other limitations should be imposed:

Plaintiffs stood under the following at FRCP 26(f) Conference: Remove the limitation of the number and nature of questions that can be asked by the plaintiff and mandate that ALL questions be answered under penalties of perjury as true, correct, complete and not meant to mislead.

Joint Status Conference
3:10-cv-05753-BHS
Page 2
MH #WA 10-9330

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

D.    A statement of how discovery will be managed so as to minimize expense:

ALL questions to be answered immediately as true, correct, complete and not meant to mislead, so the truth can be discovered in a timely manner with minimal cost to the court.

E.    Any other orders that should be entered by the Court under FRCP 26 or under local Rule 16(b) and (c):

None at present.

**Nationstar**:

A.    The FRCP 26(f) Conference took place between the parties on June 16, 2011. The parties will exchange Initial Disclosures in accordance with the Federal Rules within 14 days after the Rule 26 (f) conference or June 30, 2011.

B.    The subjects on which discovery may be needed and whether discovery should be conducted in phases or be limited to or focused upon particular issues:

The parties agree that discovery does not need to be conducted in phases.

Plaintiffs intend to conduct discovery on the following issues:

The claims in Plaintiff's complaint.

C.    What changes should be made in the limitations on discovery imposed under the Federal and Local Civil Rules, and what other limitations should be imposed:

The parties agree that no changes should be made in the limitations on discovery imposed under the Federal Rules and that no special discovery limitations should be imposed.

D.    A statement of how discovery will be managed so as to minimize expense:

The parties have agreed to exchange initial disclosures and then proceed to formal discovery in accordance with the civil rules.

E.    Any other orders that should be entered by the Court under FRCP 26 or under local Rule 16(b) and (c):

None at present.

Joint Status Conference
3:10-cv-05753-BHS
Page 3
MH #WA 10-9330

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862

7.   <u>The Date By Which the Remainder of Discovery Can Be Completed.</u>

Discovery should be completed pursuant to FRCP and the local rules, 120 days prior to the trial date.

8.   <u>Whether There is Agreement to a Magistrate.</u>

The parties do not agree to the appointment of a full-time Magistrate.

9.   <u>Whether The Case Should Be Bifurcated.</u>

The case will not need to be bifurcated.

10.   <u>Whether Pre-Trial Statements and Pre-Trial Order Should be Dispensed With.</u>

The parties are not willing to waive pretrial statements and a pretrial order.

11.   <u>Any Other Suggestions for Shortening or Simplifying the Case.</u>

None at present.

12.   <u>The Date the Case Will be Ready for Trial.</u>

Trial should be scheduled in accordance with the FRCP and local rules, but in any event no sooner than June 2012.

13.   <u>Whether the Trial Will Be Jury.</u>

The trial should be a jury trial.

14.   <u>The Number of Trial Days Required.</u>

The Parties estimate that the trial will take 5 days.

15.   <u>Dates For Consideration of Complications in Setting Trial Date.</u>

None at present.

16.   <u>Designation for Trial</u>

The parties agree that this case should not be considered for designation for trial at the Federal Building in Vancouver, Washington.

17.   <u>Service of Defendants</u>

Not applicable.

Joint Status Conference
3:10-cv-05753-BHS
Page 4
MH #WA 10-9330

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

18. <u>Names, Addresses and Telephone numbers of all trial counsel</u>

Ursula U. Schanne, Pro Se
Gerard H. Moore, Pro Se
16503 Reichel Road Southeast
Rainier, Washington near 98576
Ph. (360) 446-2121
<u>Xercies@aol.com</u>

<u>Counsel for Defendant Nationstar</u>

McCarthy & Holthus, LLP
Mary Stearns
Albert Lin
19735 10th Ave NE Ste N200
Poulsbo, WA  98370-7478
Ph. (206) 319-9100
Fax: (206) 780-6862
<u>mstearns@mccarthyholthus.com</u>
<u>alin@mccarthyholthus.com</u>

Dated this _23_ day of June, 2011.              MCCARTHY & HOLTHUS, LLP


                                                Mary Stearns, WSBA #42543
                                                Attorneys for Nationstar Mortgage, LLC


                                      All Rights and Remedies Reserved Without Prejudice,

Dated this _____ day of June, 2011.


                                      Ursula U. Schanne,
                                      Plaintiff, Pro Se, Grantor and Real Party in Interest


Dated this _____ day of June, 2011.


                                      Gerard H. Moore
                                      Plaintiff, Pro Se, Grantor and Real Party in Interest

Joint Status Conference
3:10-cv-05753-BHS
Page 5
MH #WA 10-9330

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

Copy

1

**Respectfully Submitted,**

2

3                                        All Rights and Remedies Reserved Without Prejudice,

4              By:    *Ursula U. Schanne*

5                     **Ursula U. Schanne**, Grantor and Real Party in Interest

6

7              By:    *gerard h moore*

8                     **Gerard H. Moore**, Grantor and Real Party in Interest

9

10                                        **JURAT**

11   We, Ursula U. Schanne and Gerard H. Moore do swear and affirm that all statements

12   made herein are true and accurate, in all respects, to the best of our knowledge.

13   Ursula U. Schanne and Gerard H. Moore
     c/o: 16503 Reichel Road Southeast
14   Rainier, Washington 98576

15

16              *Ursula U. Schanne*

17                     **Ursula U. Schanne**

18              *gerard h moore*

19                     **Gerard H. Moore**

20   SWORN TO AND SUBSCRIBED BEFORE ME, Shannon L Smith by

21   Ursula Schanne and Gerard H. Moore on the 21 day of June, 2011, which

22   witnesses my hand and seal of office.

23

24   (Notary Seal)                        *[signature]*

25                                        **NOTARY PUBLIC IN AND FOR**

26                                        **THE STATE OF WASHINGTON**

27

28

            **PROPOSED JOINT STATUS REPORT**        **CV-10-5753-BHS**

                                    3

CERTIFICATE OF SERVICE

I certify that on June 23, 2011, I served a copy of the foregoing Joint Status Report and Discovery Plan in the manner specified on the following:

| | |
|---|---|
| Gerard H. Moore<br>16503 Reichel Rd. SE<br>Rainier, WA 98576<br><br>Ursula Schanne<br>16503 Reichel Rd. SE<br>Rainier, WA 98576 | ☐  Hand Delivery<br>☐  First Class Mail<br>☐  Email<br>☐  Electronic Mail (via e-filing)<br>X  Fed-Ex (overnight) Tracking No. 794901127378<br>☐  Fax |

I declare under penalty of perjury under the laws of the Unites States of America and the State of Washington that the foregoing is true and correct and that this Declaration was executed in Poulsbo, Washington.

Dated: June 23, 2011

Lindsay Jorgensen, Administrative Assistant
McCarthy & Holthus, LLP